Michael Wilder, ISBN 10660
Avery Law
3090 E Gentry Way, Suite 150
Meridian, ID 83642
Telephone: (208) 639-9400
Facsimile: (208) 297-5553

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | Case No. 20-00651-JMM |
|---|---|
| LUCIO RODRIGUEZ | Chapter 7 |
| Debtor. | MOTION FOR SANCTIONS |

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of this objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**COMES NOW** the Debtors herein, by and through their counsel of record, and pursuant to 11 U.S.C.§ 362(k) requests an Order of this Honorable Court assessing sanctions and

awarding legal fees against Creditor Anytime Fitness for its various violations of the Automatic Stay entered herein.

**IN SUPPORT HEREOF**, Debtor would respectfully show as follows:

1. Debtor filed a voluntary petition for bankruptcy relief on July 16, 2020.

2. Among the Executory Contracts listed on Schedule G was:

Anytime Fitness
6573 W Overland Rd
Boise, ID 83709

3. On that Schedule G, Debtor stated his intention to reject the listed contract and obligation to Anytime Fitness.

4. Debtor, on information and belief, states that under this Court's rules, Anytime Fitness received this Court's standard "Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines" at that address as Anytime Fitness was on Debtor's Creditor Matrix.

5. Debtor, on information and belief, states that such notices were actually received by Anytime Fitness in that the Court's notice was not returned by the U.S Postal Service to Debtor's counsel.

6. The court's notice stated: "In most instances, the filing of the bankruptcy case automatically stays certain collection and other action against the debtor and the debtor's property . . . . If you attempt to collect a debt or take other action in violation of Bankruptcy Code, you may be penalized."

7. Furthermore, Debtor and their counsel personally notified Anytime Fitness multiple times after Debtor had filed his bankruptcy. Debtor had several personal contacts with Anytime Fitness informing them of his bankruptcy and termination of the contract.

8. Debtor's attorney also sent a letter via certified mail on January 5, 2021 (attached as "Exhibit A") which reiterated the violation, demanded repayment of the payments taken from Debtor's bank account after the filing of this case.

9. Debtor's attorney also sent an email to Anytime Fitness on January 27, 2021 (attached as "Exhibit B"). This email reiterated all the points from the certified letter that was sent to Anytime Fitness on February 5. Attached to this email, Debtor's counsel sent a copy of the certified letter, the Notice of Filing, and proof of acceptance of the certified letter by Anytime Fitness (attached as "Exhibit C").

10. Despite having received such notices by mail, email, and over the phone from Debtor and Debtor's attorney, Anytime Fitness ignored this Court's order and continued to automatically withdraw payments on this rejected contract. Anytime Fitness has taken a monthly payment of $34.90 per month from August 2020 until December 2020 for a total of $174.50.

11. As proof of the rejection, Debtor has not, since the time of filing his bankruptcy and rejecting the contract, used Anytime Fitness's facilities.

12. Debtor has incurred various and sundry expenses and incurred attorney's fees and costs in bringing this action.

13. The action of Anytime Fitness and its agents/employees amounts to a willful violation of this Court's automatic stay. Accordingly, Anytime Fitness is in contempt of court.

14. This motion is supported by an Affidavit of Debtor which will be filed in this action concurrently herewith.

**MOVANT REQUESTS** from this court an award of actual damages in the amount of:

1) not less than $174.50 for the payments taken after his bankruptcy filing date,

2) punitive damages in the amount of no less than $5,000, and

3) reasonable attorney's fees and costs associated with the bringing of this action herein,

4) and for such further judgment as this court deems fit to award.

DATED THIS 2nd day of April, 2021.

_____
Michael Wilder
Attorney for Debtor

| Idaho Falls | Pocatello | Twin Falls | Meridian |
|---|---|---|---|
| 770 S. Woodruff | 410 Yellowstone | 808 Eastland Dr. | 3090 E Gentry |
| Idaho Falls, ID 83401 | Pocatello, ID 83201 | Suite B | Suite 150 |
| 208.524.3020 | 208.232.3020 | Twin Falls, ID 83301 | Meridian, ID 83642 |
| 208.524.2051 fax | 208.904.4905 fax | 208.733.3030 | 208.639.9400 |

# Avery Law

January 4, 2021

Anytime Fitness
Attn: Bankruptcy/Customer Support
2621 S 10th Street
Caldwell, ID 83686

RE: Rodriguez, Lucio, Idaho Bankruptcy Case No. 20-00651

Dear Sir/Madam,

I write today concerning the above- referenced case, which was filed on July16, 2020.

Anytime Fitness was listed as a contract that Mr. Rodriguez rejected in his bankruptcy. Anytime Fitness did receive notice of the bankruptcy from the Bankruptcy Notification Center as Anytime Fitness was listed on Mr. Rodriguez's Creditor Matrix and no returned mail was recieved. In August, September, October, November and December 2020, Anytime Fitness took out $34.90 per month for a total of $174.50. Because you were listed as a creditor, received notice of the bankruptcy, and continued to take payments on this rejected contract, you have violated the Automatic Stay enter on July 16, 2020.

Debtor hereby demands repayment of the $174.50 which was taken out of his account in violation of the bankruptcy Automatic Stay. If the amount is not refunded to Mr. Rodriguez or I do not receive a response from Anytime Fitness, on or before January 19, 2021, I will file a Motion for Sanctions for violation of the Automatic Stay Order.

Your prompt attention to this matter is appreciated. Please direct all future contact regarding this debt to my office and cease all automatic payments on this debt.

Sincerely,

Michael Wilder
*Attorney at Law*

MG/MW

Exhibit A

# Gmail

Michael Wilder <averylawmichael@gmail.com>

## Attn: Nathan concerning Lucio Rodriguez
1 message

**Michael Wilder** <michael@averylaw.net>  Wed, Jan 27, 2021 at 3:32 PM
To: caldwellid@anytimefitness.com
Bcc: contact+3dca8920-a4e7-4307-9fb3-a1df74a64a88@mailsync.practicepanther.com

Hello,

I am Mr. Rodriguez's bankruptcy attorney. We filed him a bankruptcy on July 16, 2020. I have attached his Notice of Filing for your records. Additionally, I sent a certified letter January 5, 2021 notifying Anytime Fitness of this bankruptcy filing. This was accepted at your place of business at 2621 S 10th Street, Caldwell, ID 83686. I have attached that letter and the certified mail receipt to this email as well. In the letter, I informed Anytime Fitness that under the bankruptcy code, Mr. Rodriguez rejected the contract with Anytime Fitness. This rejection severed his liability on that contract so that any enforcement on Anytime Fitness's end would be a violation of Federal Bankruptcy law.

For several months, Anytime Fitness continued to process monthly payments on the rejected contract for a total of $174.50 between August and December of 2020. This was done in violation of the Automatic Stay. Mr. Rodriguez demands that these payments be returned and refunded to his account immediately. If this is not done within 5 business days of today, my office will file a Motion for Sanctions for the repeated violations of Bankruptcy law. If you have questions, I strongly suggest you consult legal counsel.

Your immediate attention to this matter is appreciated.

--

Michael Wilder, J.D.

**Avery Law**

3090 E Gentry Way, Suite 150

Meridian, ID 83642

Telephone: (208) 639-9400

Fax: (208) 297-5553

www.averybankruptcylaw.com

---

**4 attachments**

- Rodriguez-Stay Violation to Anytime Fitness.docx
  31K
- Rodriguez - Notice of Filing.pdf
  258K
- Rodriguez - Certified Mail Evidence.pdf
  84K
- Rodriguez - Certified Mail Receipt.pdf
  343K



Exhibit B

<blockquote>
</blockquote>



Exhibit C

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

Rodriguez
mailed
1-5-2021

Postage $
Total Postage and Fees $

Sent To Anytime Fitness
Street and Apt. No., or PO Box No. 2621 S 10th St
City, State, ZIP+4® Caldwell ID 83686

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0090 0002 0189 6972

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Anytime Fitness
2621 S 10th Street
Caldwell, ID 83686

9590 9402 6164 0220 8272 93

2. Article Number (Transfer from service label)
7020 0090 0002 0189 6972

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Tim                                 6-09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt